IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **ROBERT CAROLEI**, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. **3:11-CV-2811-L (BH)** |
| | § | |
| **TEXAS MESQUITE CONNECTION**, | § | |
| and **CHARLES BARRINGER**, | § | |
| | § | |
| Defendants. | § | |

## ORDER

This case was referred to Magistrate Judge Irma Carrillo Ramirez, who entered Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on August 6, 2012, recommending that Defendants['] Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404 (Doc. 9), filed January 10, 2012, be granted. No objections to the Report were filed.

Having reviewed the pleadings, record in this case, and the findings and conclusions of the magistrate judge, the court determines that the findings and conclusions are correct and **accepts** them as those of the court. Accordingly, the court, pursuant to 28 U.S.C. § 1404(a), hereby **transfers** this action to the Abilene Division of the Northern District of Texas. The clerk of the court **shall** effect the transfer in accordance with the usual procedure.

**It is so ordered** this 22nd day of August, 2012.

_____
Sam A. Lindsay
United States District Judge

Order – Solo Page